[No. 70949-6-I.   Division One.   October 6, 2014.]

CLAIRE C. WOODWARD, *Appellant*, v. AVA A. TAYLOR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-19160-1, Jean A. Rietschel, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Appelwick and Dwyer, JJ. Now published at 185 Wn. App. 1.

[No. 71017-6-I.   Division One.   October 6, 2014.]

*In the Matter of the Marriage of* BARBARA G. KAYE, *Respondent*, and KARL H. KAYE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04873-1, Dean Scott Lum, J., entered September 9, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 71030-3-I.   Division One.   October 6, 2014.]

*In the Matter of the Parentage of* M.R.K.

MICHELLE HANSEN, *Appellant*, v. PETER GERALD KOHL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-5-02531-7, Sean Patrick O'Donnell, J., entered September 11 and 16, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Schindler and Leach, JJ.